**SAO**
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, Nevada 89107
Tel (702) 258-8200
Fax (702) 258-8787
Attorney for Defendant
SPECIALIZED LOAN SERVICING, LLC.
*TB # 16-71150*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

        Plaintiff,

  v.

ROBERT C. SHAW, ROSE O. SHAW,
SAINT ANDREWS IVY, B.T.,
SPECIALIZED LOAN SERVICING, LLC
CLARK COUNTY, NEVADA, and
AMERICAN EXPRESS CENTURION
BANK,

        Defendant(s).

Case No.: 2:16-CV-0220

**ORDER RE: DEFENDANT SPECIALIZED LOAN SERVCING, LLC.**

It is hereby Stipulated and Agreed, by and between Plaintiff and Defendant SPECIALIZED LOAN SERVICING, LLC., (hereinafter "SECURED LENDER"), by and through their respective counsel, as follows:

1. This matter concerns real property located at 638 Saint Andrews Road, Henderson, NV 89015 (hereinafter the "Subject Property").

2. SECURED LENDER is the holder of a beneficial interest in the Subject Property by virtue of that certain deed of trust dated recorded on or about September 25, 2003, (hereinafter the "Deed of Trust"), as Book and Instrument No. 20030925.05283 in the Official Records of the Clark County Recorder's Office (hereinafter the "Official Records").

3. The Deed of Trust secures a certain note (hereinafter the "Note") executed by borrower Defendant Richard C. Shaw in the original principal amount of $169,000.00, which was loaned against the subject property.

4. Plaintiff asserts that it is owed money from the Defendants arising from federal tax liens, which encumber the Subject Property, as more fully detailed in the Amended Complaint filed on or about February 29, 2016, Docket #11.

5. In the interest of avoiding unnecessary attorney's fees and court costs, Defendant SECURED LENDER agrees not to contest this matter or any foreclosure sale of the Subject Property by the Plaintiff.  However, Defendant SECURED LENDER reserves all of its rights to effectuate collection of the amount owed on the underlying debt which it is owed by the Borrower Defendant Richard C. Shaw personally, which may include foreclosure.

6. Plaintiff agrees that the security interest of Defendant SECURED LENDER is superior to those interests of Plaintiff as more fully detailed in the Amended Complaint filed on or about February 29, 2016, Docket #11.

7. Defendant SECURED LENDER will take no further action against the Subject Property during the pendency of this action, or until further order of this Court in the event this matter is unreasonably delayed, and Defendant SECURED LENDER is no longer required to participate in this action, except that Defendant SECURED LENDER

**TIFFANY & BOSCO, P.A.**
212 S. Jones Blvd.
Las Vegas, NV 89107
Tel 258-8200 Fax 258-8787

will respond to reasonable discovery requests served on its undersigned counsel.  Subject to terms of this pleading, Defendant SECURED LENDER agrees to be bound by any Court order, ruling, or judgment in this matter.

8. Additionally, Defendant SECURED LENDER is not subject to any award of damages, court costs, or attorney's fees so long as it complies with the terms of this Stipulation.

Dated this 15th day of April, 2016.   Dated this 15th day of April, 2016.

| **TIFFANY & BOSCO, P.A.** | **U.S. DEPARTMENT OF JUSTICE** |
|---|---|
| /s/ Gregory L. Wilde | /s/ Dylan C. Cerling |
| _____ | _____ |
| GREGORY L. WILDE, ESQ. | DYLAN C. CERLING, ESQ. |
| Nevada Bar No. 4417 | Trial Attorney, Tax Division |
| 212 S. Jones Boulevard | P.O. Box 683 |
| Las Vegas, NV 89107 | Washington, D.C. 20044 |
| Attorney for Defendant | Attorney for Plaintiff |
| Specialized Loan Servicing, LLC. | |

### ORDER

**IT IS SO ORDERED** this 25th day of April, 2016.

_____
**DISTRICT COURT JUDGE
KENT J. DAWSON**

Submitted by:

**TIFFANY & BOSCO, P.A.**

/s/ Gregory L. Wilde
_____
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
212 S. Jones Boulevard
Las Vegas, NV 89107
Attorney for Defendant
Specialized Loan Servicing, LLC.