# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-00220-KJD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ROBERT C. SHAW, et al., | |
| Defendant(s). | |

Defendant Clark County appeared on March 29, 2016. Docket No. 12. To date, no discovery plan or proposed scheduling order has been filed. *Cf.* Local Rule 26-1(a). The Court hereby **SETS** a scheduling conference for 2:00 p.m. on May 26, 2016, in Courtroom 3D. If they wish to do so, counsel may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: May 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge