UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:16-cv-00220-KJD-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| RICHARD C. SHAW, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is a status report regarding the bankruptcy proceedings of Richard Shaw.  Docket No. 35.  The Court hereby **ORDERS** the Government to file a further status report by September 23, 2016, and every 60 days thereafter.

IT IS SO ORDERED.

Dated: July 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge