# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-00220-KJD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 39) |
| ROBERT C. SHAW, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to deem service completed or, in the alternative, for additional time to serve Saint Andrews Ivy, B.T. Docket No. 39. The Court declines to address a motion that fails to provide meaningfully developed argument. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013); *see also* Local Rule 7-2(d) (failure of moving party to file points and authorities consents to denial of motion). Accordingly, the motion is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: November 21, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge