**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cv-00220-KJD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 41) |
| RICHARD C. SHAW, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to amend the complaint, Docket No. 41, which is hereby **GRANTED**. Pursuant to Local Rule 15-1(b), the Government shall promptly file the second amended complaint on the docket and serve it.

IT IS SO ORDERED.

DATED: January 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge