**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:16-cv-00220-KJD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| RICHARD C. SHAW, et al., ) | |
| ) | |
| Defendant(s). ) | |

The discovery cutoff is August 8, 2017. Docket No. 54. The Government has now filed a notice that Mr. Shaw's bankruptcy proceedings were terminated on June 23, 2017. *See* Docket No. 61. The parties are hereby **ORDERED** to file, no later than July 20, 2017, a joint status report indicating whether this case should proceed based on the previously-established deadlines and, if not, proposing alternative deadlines.

IT IS SO ORDERED.

Dated: July 13, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE