1  COREY B. BECK, ESQ.
   Nevada Bar No. 005870
2  THE LAW OFFICE OF COREY B. BECK, P.C.
   425 South Sixth Street
3  Las Vegas, Nevada 89101
   Ph.: (702) 678-1999
4  Fax: (702) 678-6788
   becksbk@yahoo.com
5
   Attorney for Defendants Richard C. Shaw,
6  Rose O. Shaw and Saint Andrews Ivy B.T.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD C. SHAW, ROSE O. SHAW<br>SAINT ANDREWS IVY, B.T.,<br>SPECIALIZED LOAN SERVICING, LLC,<br>CLARK COUNTY, NEVADA, and<br>AMERICAN EXPRESS CENTURION<br>BANK,<br><br>        Defendants. | Case No.: 2:16-CV-00220-KJD-NJK |

**EXPARTE APPLICATION TO SUBSTITUTE ATTORNEY**

The Defendants, RICHARD C. SHAW, ROSE O. SHAW and SAINT ANDREWS IVY, B.T., hereby substitutes COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., as Defendants' attorney in the District Court District of Nevada Case No. 2:16-CV-00220-KJD-NJK against Plaintiff, UNITED STATES OF AMERICA.

DATED this 16 day of November, 2018.

                                                                    RICHARD C. SHAW, Defendant

DATED this 16 day of November, 2018.

                                                                    ROSE O. SHAW, Defendant

1 | DATED this _16_ day of November, 2018.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　SAINT ANDREWS IVY, B.T., Defendant

## ACCEPTANCE OF SUBSTITUTION

I, COREY B. BECK, ESQ., hereby accepts substitution as attorney as Defendants RICHARD C. SHAW, ROSE O. SHAW and SAINT ANDREWS IVY, B.T.'s attorney in the in the District Court District of Nevada Case No. 2:16-CV-00220-KJD-NJK against Plaintiff, UNITED STATES OF AMERICA.

Dated this ___ day of November, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　COREY B. BECK, ESQ.
　　　　　　　　　　　　　　　　　Nevada Bar No. 005870
　　　　　　　　　　　　　　　　　THE LAW OFFICE OF COREY B. BECK, P.C.
　　　　　　　　　　　　　　　　　425 South Sixth Street
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　Ph.: (702) 678-1999
　　　　　　　　　　　　　　　　　Fax: (702) 678-6788
　　　　　　　　　　　　　　　　　becksbk@yahoo.com

## CONSENT TO SUBSTITUTION

I, JEFFREY A. COGAN, ESQ., hereby accepts COREY B. BECK, ESQ.,'s substitution as attorney as Defendants RICHARD C. SHAW, ROSE O. SHAW and SAINT ANDREWS IVY, B.T.'s attorney in the in the District Court District of Nevada Case No. 2:16-CV-00220-KJD-NJK against Plaintiff, UNITED STATES OF AMERICA.

Dated this ___ day of November, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEFFREY A. COGAN, ESQ.
　　　　　　　　　　　　　　　　　Nevada Bar No. 004569
　　　　　　　　　　　　　　　　　4760 South Pecos Road, Suite 200
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89121
　　　　　　　　　　　　　　　　　Ph: (702) 474-4220
　　　　　　　　　　　　　　　　　Fax: (702) 474-4228
　　　　　　　　　　　　　　　　　jeffrey@jeffreycogan.com

DATED this ___ day of November, 2018.

SAINT ANDREWS IVY, B.T., Defendant

**ACCEPTANCE OF SUBSTITUTION**

I, COREY B. BECK, ESQ., hereby accepts substitution as attorney as Defendants RICHARD C. SHAW, ROSE O. SHAW and SAINT ANDREWS IVY, B.T.'s attorney in the in the District Court District of Nevada Case No. 2:16-CV-00220-KJD-NJK against Plaintiff, UNITED STATES OF AMERICA.

Dated this ___ day of November, 2018.

```
                                    _____
                                    COREY B. BECK, ESQ.
                                    Nevada Bar No. 005870
                                    THE LAW OFFICE OF COREY B. BECK, P.C.
                                    425 South Sixth Street
                                    Las Vegas, Nevada 89101
                                    Ph.: (702) 678-1999
                                    Fax: (702) 678-6788
                                    becksbk@yahoo.com
```

**CONSENT TO SUBSTITUTION**

I, JEFFREY A. COGAN, ESQ., hereby accepts COREY B. BECK, ESQ.,'s substitution as attorney as Defendants RICHARD C. SHAW, ROSE O. SHAW and SAINT ANDREWS IVY, B.T.'s attorney in the in the District Court District of Nevada Case No. 2:16-CV-00220-KJD-NJK against Plaintiff, UNITED STATES OF AMERICA.

Dated this ___ day of November, 2018.

```
                                    _____
                                    JEFFREY A. COGAN, ESQ.
                                    Nevada Bar No. 004569
                                    4760 South Pecos Road, Suite 200
                                    Las Vegas, Nevada 89121
                                    Ph: (702) 474-4220
                                    Fax: (702) 474-4228
                                    jeffrey@jeffreycogan.com
```

IT IS SO ORDERED.
Dated: December 6, 2018
.
.
_____
Nancy J. Koppe
United States Magistrate Judge