COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Defendants Richard C. Shaw,
Rose O. Shaw and Saint Andrews Ivy B.T.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD C. SHAW, ROSE O. SHAW SAINT ANDREWS IVY, B.T., SPECIALIZED LOAN SERVICING, LLC, CLARK COUNTY, NEVADA, and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | Case No.: 2:16-CV-00220-KJD-NJK |

**STIPULATION AND ORDER TO EXTEND TIME FOR MOTION OF FILING OF FINAL JUDGMENT AND MOTION FOR ORDER OF SALE**

IT IS HEREBY STIPULATED by and between Plaintiff, UNITED STATES OF AMERICA ("Plaintiff"), by and through their attorney of record, DYLAN C. CERLING, ESQ, and Defendants RICHARD C. SHAW, ROSE O. SHAW, SAINT ANDREWS IVY, B.T., ("Defendants"), by and through their attorney of record, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., hereby stipulate and agree to the following;

1. That the parties have agreed that an additional 6 months from February 13, 2019 is an appropriate extension given case-at-bar.

2. United States is in process of finalizing approval of Florida property, which proceeds will satisfy part of IRS liability.

3. Richard and Rose Shaw have agreed to list and sell their house located at 638 Saint Andrews Road, Henderson, NV 89015 to satisfy balance of debt owed.

4. Finally, additional time will be utilized to confirm that penalties on said tax debt were discharged by bankruptcy.

## ORDER

**BASED UPON STIPULATION OF THE PARTIES,** and good cause appearing therefore, **IT IS HEREBY STIPULATED, ORDERED, ADJUDGED AND DECREED** that an additional 6 months from February 13, 2019 is an appropriate extension given case-at-bar.

DATED this 13th day of February, 2019.           DATED this 13th day of February, 2019.

/s/ COREY B. BECK                                                /s/ DYLAN C. CERLING
COREY B. BECK, ESQ.                                         DYLAN C. CERLING, ESQ.
Nevada Bar No. 005870                                         Trial Attorney, Tax Division
LAW OFFICE OF COREY B. BECK, P.C.         U.S. Department of Justice
425 South Sixth Street                                          P.O. Box 683
Las Vegas, Nevada 89101                                    Washington, D.C. 20044
Ph.: (702) 678-1999                                               Ph.: (202) 616-3395
Fax: (702) 678-6788                                              Fax: (202) 307-0054

Attorney for Defendant                                          Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED** this 14th day of February, 2019.

_____
**DISTRICT COURT JUDGE**

DATED this 13th day of February, 2019.           DATED this 13th day of February, 2019.

/s/ COREY B. BECK                                                /s/ DYLAN C. CERLING
COREY B. BECK, ESQ.                                         DYLAN C. CERLING, ESQ.
Nevada Bar No. 005870                                         Trial Attorney, Tax Division
LAW OFFICE OF COREY B. BECK, P.C.         U.S. Department of Justice
425 South Sixth Street                                          P.O. Box 683
Las Vegas, Nevada 89101                                    Washington, D.C. 20044
Ph.: (702) 678-1999                                               Ph.: (202) 616-3395
Fax: (702) 678-6788                                              Fax: (202) 307-0054

Attorney for Defendant                                          Attorney for Plaintiff