UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-CV-0220-KJD-NJK |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| RICHARD C. SHAW, *et al.*, | |
| Defendants. | |

Presently before the Court is the parties' Status Report (#85). The Status Report contains a detailed history of this action. On September 28, 2018, the Court granted the Government's Motion for Summary Judgment (#73) and granted the relief sought. Since then, Defendants have been cooperating in the sale of real estate assets to pay or relieve the damages incurred and the money owed to the United States. The parties seek an additional 90 days to complete transactions, have them accounted for by the IRS and to calculate a residual judgment against Richard Shaw.

Accordingly, the Court orders the parties to file a status report, stipulation to dismiss, or move for final judgment against Defendants in 90 days. The Court orders the Clerk to administratively close the case. The case may be reopened on motion of either party. The Court retains jurisdiction to effect its orders, resolve disputes and to adjudicate and enter a final judgment.

**IT IS SO ORDERED.**

Dated this 30th day of September, 2019.

_____
Kent J. Dawson
United States District Judge