RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@tax.usdoj.gov

Of Counsel:
Blaine Welsh
Civil Chief, Office Of The U.S. Attorney, District of Nevada

*Attorneys for United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD C. SHAW, ROSE O. SHAW, SAINT ANDREWS IVY, B.T., SPECIALIZED LOAN SERVICING, LLC, CLARK COUNTY, NEVADA, and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | Case No. 2:16-CV-00220-KJD-NJK<br><br>**ORDER ENTERING DEFAULT JUDGMENT** |

Proposed Order Entering Default Judgment
(Case No. 2:16-cv-0220-KJD-NJK)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

This matter comes before the Court on the United States' motion for default judgment against American Express Centurion Bank. Having considered the motion, the docket, and all relevant materials, the Court hereby ORDERS:

1. The United States' motion is GRANTED;
2. The Court finds that default was properly entered against American Express Centurion Bank;
3. Default judgment is hereby entered against American Express Centurion Bank. American Express Centurion Bank has no interest in or claim to the real property at issue in this case, with the address of 638 Saint Andrews Road, Henderson, NV 89015, more particularly described as follows:

   Lot 19 in Block 5 of Black Mountain Golf and Country Club Subdivision, as shown by map thereof on file in Book 5 of Plats, Page 66 in the office of the County Recorder of Clark County, Nevada.

   Except all minerals and all mineral rights which may be located upon or under the real property hereinabove described, as reserved by Reconstruction Finance Corporation in Deed recorded September 9, 1949 as Document No. 321823, Clark County, Nevada Records, which deed reserved the right to enter upon prospect for, mine and remove such minerals.

**So Ordered.**

Dated this 16th day of January, 2020.

_____
THE HONORABLE KENT J. DAWSON
U.S. DISTRICT COURT JUDGE
DISTRICT OF NEVADA

//

//

Proposed Order Entering Default Judgment
(Case No. 2:16-cv-0220-KJD-NJK)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395

Submitted by:

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Dylan Cerling*
DYLAN C. CERLING
Trial Attorney, Tax Division
U.S. Departent of Justice
P.O. Box 683Washington, D.C. 20044
202-616-3395 (v)
202-307-0054 (f)
Dylan.C.Cerling@tax.usdoj.gov

Of Counsel:
Blaine Welsh
Civil Chief, Office Of The U.S. Attorney, District of Nevada
*Attorneys for United States*

Proposed Order Entering Default Judgment
(Case No. 2:16-cv-0220-KJD-NJK)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3395