# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

    Plaintiff,

 v.

Richard C. Shaw, et al.,

    Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00220-KJD-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered against American Express Centurion Bank. American Express Centurion Bank has no interest in or claim to the real property at issue in this case, with the address of 638 Saint Andrews Road, Henderson, NV 89015.

1/16/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk